IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBBIE PERSONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-03-4501 |
| | § | |
| JACK IN THE BOX, INC. and | § | |
| JACK IN THE BOX EASTERN | § | |
| DIVISION, L.P., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is a Motion for Stay of Judgment Pending Appeal (Instrument No. 71) filed by Defendants Jack in the Box, Inc. and Jack in the Box Eastern Division, L.P. After considering the motions, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

ORDERS that Defendants' Motion for Stay of Judgment Pending Appeal (Instrument No. 71) is DENIED.

SIGNED at Houston, Texas, on this 31st day of March, 2006.

_____
DAVID HITTNER
United States District Judge