IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBBIE PERSONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-03-4501 |
| | § | |
| JACK IN THE BOX, INC. and | § | |
| JACK IN THE BOX EASTERN | § | |
| DIVISION, L.P., | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff on her claim for disability discrimination and the Court has ruled on Plaintiff's post-trial motion, the Court hereby

ORDERS that final judgment be entered in accordance with the jury's verdict and the Court's Order of this date. Plaintiff Debbie Persons shall recover from Defendants Jack in the Box, Inc. and Jack in the Box Eastern Division, L.P., $157,000 for lost wages; $12,000 for lost benefits; $130,000 in compensatory damages; $51,000 in front pay; $33,839.50 in attorneys' fees; pre-judgment interest at a rate of 4.77% for lost wages and benefits; and post-judgment interest at a rate of 4.77%. This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 31st day of March, 2006.

*David Hittner*
DAVID HITTNER
United States District Judge